UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USA <br><br> Plaintiff, <br><br> v. <br><br> William McFarland <br><br> Defendant. | No. 17-mj-04988-UA <br><br> NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned attorney, Nicholas A. Gravante, Jr., who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant William McFarland in the above-captioned proceeding.

Dated: New York, New York
July 7, 2017

BOIES SCHILLER FLEXNER LLP

By:  /s/ Nicholas A. Gravante, Jr.
Nicholas A. Gravante, Jr.
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
ngravante@bsfllp.com

*Attorney for Defendant William McFarland*